■ In the Matter of LANIE KITT, an Infant, by DOROTHY SIMMONS, Respondent, v CITY OF NEW YORK, Appellant.—Judgment, Supreme Court,

New York County, entered on or about March 28, 1973, unanimously affirmed on opinion of Lupiano, J., at Special Term, without costs and without disbursements. No opinion. Concur—Markewich, J. P., Kupferman, Tilzer, Lane and Yesawich, JJ.